# CRIMINAL COURT MINUTES

**U.S. MAGISTRATE JUDGE** LINNEA R. JOHNSON  **DATE:** 08/23/2011  **TIME:** 10:00 AM

| | | | |
|---|---|---|---|
| DEFT: | IRWIN BERETSKY, M.D. ✓ (SURR) | CASE NO: | 10-80149-Cr-Marra/Hopkins (s) |
| AUSA: | PAUL SCHWARTZ ✓ | ATTY: | David Coinzberg - Retained ✓ |
| AGENT: | FBI/DEA | VIOL: | 18:1962(d) |
| PROCEEDING: | INITIAL HEARING | RECOMMENDED BOND: | $250,000 PSB RECOMMENDED |

BOND/PTD HEARING HELD - yes / no     LANGUAGE: ENGLISH
BOND SET @:                          PRISONER#

- [✓] All Standard Conditions.
- [ ] Surrender / or do not obtain passports / travel documents
- [✓] Rpt to PTS as directed / or __1__ x's a week/month by phone; __1__ x's a week/month in person
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in a mental health assessment and treatment
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Not to encumber property.
- [ ] Maintain or seek full - time employment/education.
- [ ] No contact with victims / witnesses.
- [✓] No firearms. GET RID OF guns BY CLOSE OF BUSINESS ON 8/24/11
- [ ] May Not visit Transportation Establishments.
- [✓] Travel extended to: CONTINENTAL U.S. MUST file Itinerary PRIOR TO ALL TRAVEL
- [ ] Home Confinement/Electronic Monitoring/Curfew ___ paid by ___
- [✓] Other: Cannot prescribe any Schedule 2-5 Controlled Substance

Disposition: Initial Arraignment & Bond held Deft. present with counsel - advised of rights Notice of perm. app. filed

Reading of Indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested ✓   N/A

Court sets bond in the amount of $250,000 PSB

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
REPORT RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE
TAPE No. LRJ 11-39   Begin: 2996   TIME IN COURT: 5 mins
D.A.R. 11:03:28