UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:10-80149-Cr-Marra/Hopkins (s)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

IRWIN BERETSKY, M.D.,

        Defendant.
_____/

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **LINNEA R. JOHNSON** on __AUGUST 23, 2011__, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**    Address: __ON BOND__

                Prisoner#_____

                Language __ENGLISH__

                Telephone no.:_____

**DEFENSE COUNSEL:**    Name: __DAVID GINZBERG__

                Address: __505 WEST LANTANA ROAD__

                __LANTANA, FLORIDA 33462__

                Telephone no.: __(561) 586-5834__

BOND/SET///////////: $ __250,000 PSB__ (LRJ)

BOND//// hrg held: YES __X__ NO___ BOND/PTD hrg set for_____

Dated this __23rd__ day of __AUGUST__, 2011.

                                          STEVEN M. LARIMORE, CLERK OF COURT

                                          By: _____
                                                     Deputy Clerk

c:    Courtroom Deputy, District Judge
     United States Attorney
     Defense Counsel
     United States Pretrial Service