UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-80149-Cr-Marra/Hopkins (s)

UNITED STATES OF AMERICA

    Plaintiff,

v.

IRWIN BERETSKY, M.D.,

    Defendant.
_____

ORDER ON INITIAL APPEARANCE

AUSA __PAUL SCHWARTZ__          Language __ENGLISH__
Agent __FBI/DEA__                Jail No. _____

    The above-named defendant having SURRENDERED on __AUGUST 23, 2011__ having appeared before the court for an initial appearance on __AUGUST 23, 2011__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

ORDERED as follows:
1. __DAVID GINZBERG__ appeared as permanent ~~temporary~~ counsel of record.
   Address:_____
   Zip Code:_____ Telephone:_____
2. _____ appointed as permanent counsel of record.
   Address:_____
   Zip Code:_____ Telephone:_____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____.

4. **ARRAIGNMENT** ~~set for~~ __HELD__

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because __BOND__  __N/A__
   A **Detention hearing** ~~Detention~~ **Bond** pursuant to 18 U.S.C. Section 3142(f), is set for 10:00 AM on __HELD__

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: __$250,000 PSB__
__Conditions on Bond Form__
This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___ a. Surrender all passports and travel document to the Pretrial Services Office.
___ b. Report to Pretrial Services as follows: ___ times a week by phone, ___ time a week in person;

    other: _____

___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___ d. Maintain or actively seek full time gainful employment.
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___ j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
                 On Warrant _____
                 After Hearing __X__

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forthherein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at _West Palm Beach, Florida_, this _23rd_ day of _AUGUST_, 2011.

                                                             _/s/ Linnea Johnson_
                                                            **LINNEA R. JOHNSON**
                                                            **UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   U.S. Probation & Pretrial Service