FILED by _KZ_ D.C.

AUG 25 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 10-80149 CR MARRA
           Plaintiff )
                          ) REPORT COMMENCING CRIMINAL
        -VS-           )       ACTION
                          )
IRWIN BERETSKY ) 97185 004
        Defendant    USMS NUMBER

****************************************************************

TO: Clerk's Office   MIAMI   FT. LAUDERDALE  (W. PALM BEACH)
    U.S. District Court        FT. PIERCE
                      (circle one of above)
NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

****************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8/23/11       6 (am) pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: T18 USC 371 - CONSP. WIRE FRAUD

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: ~1935

(6) Type of Charging Document: (check one)
    [✓] Indictment   [ ] Complaint to be filed/already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SDFL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES  [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 8-23-11    (9) Arresting Officer: _____

(10) Agency: FBI    (11) Phone: _____

(12) Comments: _____