UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10 80149CR MARRA/HOPKINS (s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICK GRAHAM

    Defendant.
_____/

## **PROPOSED ORDER**

THIS CAUSE, having come before the Court on the Motion to Continue Sentencing and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion to Continue Sentencing is hereby GRANTED. The sentencing hearing in the above matter is rescheduled as follows:

_____
_____

DONE AND ORDERED in West Palm Beach, Florida this _____ day of December, 2011.

                                                                                         _____
                                                                                        HONORABLE KENNETH A. MARRA
                                                                                        United States District Court Judge

cc: All Counsel