UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149-CR-MARRA

UNITED STATES OF AMERICA

v.

IRWIN BERETSKY, M.D.,

      Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses with prejudice the charges set forth against the above named defendant. The government is in possession of a death certificate reflecting that the defendant died on October 19, 2011 in Palm Beach County, Florida.

                          Respectfully submitted,

                          WIFREDO A. FERRER
                          UNITED STATES ATTORNEY

cc:    U.S. Attorney (Lawrence D. LaVecchio, AUSA)
        U.S. Marshal
        Chief Probation Officer
        Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 5/11/12

                          KENNETH A. MARRA
                          UNITED STATES DISTRICT JUDGE